IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LINDA RANSOM o/b/o
CHARLES RANSOM                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:16-cv-601-WHB-LRA

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration                              DEFENDANT

### ORDER

Linda Ransom filed suit in this Court seeking judicial review of a final decision of the Commissioner of the Social Security Administration. Both Ransom's Motion for Summary Judgment, and the Commissioner's Motion to Affirm Decision came before United States Magistrate Judge Linda R. Anderson. On January 29, 2018, Judge Anderson entered a Report and Recommendation ("R and R") in which she recommended that (1) Ransom's Motion be granted to the extent it requested that the matter be remanded for further administrative proceedings, (2) the Commissioner's Motion to Affirm be denied, and (3) the matter be remanded to the Commissioner for reconsideration of the onset date of disability and for other proceedings. See R and R [Docket No. 16]. Neither party objected to the R and R, and the time for so doing has now expired.

The Court has reviewed the R and R, and agrees that additional administrative proceedings are required for the reasons stated by Judge Anderson. Accordingly, the Court will adopt Judge Anderson's

R and R recommending that the matter be remanded to the Commissioner.

For the foregoing reasons:

IT IS THEREFORE ORDERED that the January 29, 2018, Report and Recommendation of United States Magistrate Judge Linda R. Anderson [Docket No. 16], is hereby adopted as the ruling of this Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [Docket No. 11] is hereby granted to the extent it requested that the matter be remanded for further administrative proceedings.

IT IS FURTHER ORDERED that the Commissioner's Motion to Affirm [Docket No. 13] is hereby denied.

IT IS FURTHER ORDERED that the matter is hereby remanded to the Commissioner for further consideration consistent with Judge Anderson's Report and Recommendation [Docket No. 16] and the Remand Order of April 3, 2015, referenced therein.

A Final Judgment dismissing this case, without prejudice, shall be entered this day.

SO ORDERED this the 8th day of March, 2018.

    s/ William H. Barbour, Jr.
    UNITED STATES DISTRICT COURT